# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MACGAVIN, | Case No.: 2:23-cv-00089-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| SF MARKETS, LLC and SFM, LLC, | |
| Defendants | |

The parties filed a stipulation to stay this case pending binding arbitration. ECF No. 6. However, given the parties' binding arbitration agreement, it seems the case should be dismissed as there does not appear to be a need for this lawsuit. If either party later needs the court's assistance to enforce the arbitration award, a new lawsuit seeking that relief can be filed at that time.

I THEREFORE ORDER that by February 3, 2023, the parties shall either stipulate to dismiss this case or file a status report explaining why I should stay the case instead of dismissing it. If the parties do not agree on the proper resolution, they should set forth their competing positions in the status report.

DATED this 24th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE