Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorney for Defendants*
*SF Markets, LLC dba Sprouts Farmers Markets*
*and SFM, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MACGAVIN, an individual,<br><br>  Plaintiff,<br>vs.<br>SF MARKETS, LLC d/b/a and a/k/a SPROUTS FARMERS MARKETS; SFM, LLC; DOES I through X; and ROE Corporations X through XX, inclusive,<br><br>  Defendants. | Case No.:   2:23-cv-00089-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE AND PROCEED TO BINDING ARBITRATION** |

Pursuant to the Court's Order (ECF No. 7), Defendants SF Markets, LLC dba Sprouts Farmers Markets and SFM, LLC ("Defendants") and Plaintiff Brandon MacGavin ("Plaintiff"), by and through respective counsel, hereby stipulate that the above-captioned matter be dismissed as the parties have agreed to proceed with binding arbitration.

Plaintiff's Position:  Recognizing the Circuit Split on the issue of an action's dismissal or, alternatively, stay following the assertion of a purported arbitration agreement, Plaintiff's counsel appreciates the efficiency of dismissal when judicial intervention is unlikely. Plaintiff's counsel and Defendants' counsel enjoy a professional relationship of mutual respect and in light of good faith discussions, and Defendants' counsels' stellar reputation, Plaintiff's counsel does not anticipate judicial intervention in this matter is likely and therefore agrees to dismissal without prejudice as all rights, claims, and defenses in arbitration being reserved.

Thus, the parties agree that this matter is dismissed and the parties are to proceed to binding arbitration.

DATED this 2nd day of February, 2023.

GABROY | MESSER

/s/ *Christian Gabroy*
Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
170 S. Green Valley Parkway
Suite 280
Henderson, NV  89012
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 2nd day of February, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Dana B. Salmonson
Nevada Bar No. 11180
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorney for Defendant*

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

 February 3, 2023
_____
DATED

2

54839110.v1-OGLETREE